| | | |
|---|---|---|
| CAAP–12–00 00359 | State v. Flores | Vacated, Remanded with instructions and Affirmed |
| CAAP–12–00 00521 | TM, In re | Affirmed |

## July 3, 2013

| | | |
|---|---|---|
| CAAP–11–00 00136 | Ho, In re Estate of | Affirmed |
| CAAP–11–00 00142 | Ho, In re Estate of | Affirmed |
| CAAP–10–00 00137 | State v. Monahan | Vacated and Remanded |
| CAAP–11–00 00124 | Trustees of Don Ho Revocable Living Trust v. Ho | Affirmed |

## July 8, 2013

| | | |
|---|---|---|
| CAAP–11–00 01083 | State v. Palencia | Affirmed |

## July 10, 2013

| | | |
|---|---|---|
| CAAP–12–00 00396 | State v. Bailey | Affirmed |

## July 18, 2013

| | | |
|---|---|---|
| 30128 | State v. Boots | Affirmed |